JS-6

McCune & Harber, LLP
515 South Figueroa St
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MAROUN GERMANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 to 10,<br><br>    Defendants. | Case No: 5:15-cv-02439-VAP(SPx)<br><br>[RIVERSIDE COUNTY SUPERIOR COURT ACTION NO. RIC1512896]<br>(Complaint filed on October 28, 2015)<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION RE: STATEMENT OF DAMAGES AND REMAND OF ACTION**<br><br>Trial Date: None Set |

## **ORDER**

The Parties to the above-referenced action filed a Stipulation to Remand the Removed Action. The Court having reviewed the Stipulation, and good cause appearing, orders as follows:

1. Plaintiff's Statement of Damages is deemed amended to reflect $74,000 in claimed damages, and such amendment is deemed a judicial admission. As such, Plaintiff's recoverable damages are limited to $74,000; and

-1-

2. Central District of California Case Number 5:15-cv-02439-VAP(SPx) styled MAROUN GERMANOS v. HOME DEPOT U.S.A., INC. is hereby remanded to Riverside County Superior Court.

IT IS SO ORDERED

Dated: January 19, 2016  _____

United States District Judge